John KING, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. ED 85958.

Missouri Court of Appeals,
Eastern District,
Division Three.

Dec. 27, 2005.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Feb. 21, 2006.

Application for Transfer Denied
May 2, 2006.

John King # 504822, Charleston, MO,
appellant acting pro se.

Dora A. Fichter, Assistant Attorney
General, Jefferson City, MO, for respon-
dent.

Before KATHIANNE KNAUP
CRANE, P.J., LAWRENCE E.
MOONEY, J., and BOOKER T. SHAW, J.

*ORDER*

PER CURIAM.

John King, movant, appeals from a judg-
ment dismissing his second Rule 29.15 mo-
tion for post-conviction relief as untimely
filed. We have reviewed the briefs of the
parties and the record on appeal and con-
clude that the trial court's determination is
not clearly erroneous. Rule 29.15(k). An
extended opinion would have no prece-
dential value. We have, however, provided
a memorandum setting forth the reasons
for our decision for the use of the parties

only. We affirm the judgment pursuant to
Rule 84.16(b).